# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA DE LA CERDA,<br><br>        Plaintiff,<br><br>    v.<br><br>ULTA, INC., et al.,<br><br>        Defendants. | Case No. 1:20-cv-00059-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10) |

On June 1, 2020, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement of this action and that a stipulation for dismissal will be filed within thirty (30) days. (ECF No. 10.)

Accordingly, it is HEREBY ORDERED that:

1.     All pending matters and dates are VACATED; and

2.     The parties shall file dispositional documents on or before July 1, 2020.

IT IS SO ORDERED.

Dated:   **June 2, 2020**

UNITED STATES MAGISTRATE JUDGE

1